NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MITCHELL W. REIBLICH,                    )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D19-4926
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____)

Opinion filed September 25, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Mitchell W. Reiblich, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, MORRIS, and SLEET, JJ., Concur.